Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD MAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 3:22-cv-05164-DGE<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT & DISCOVERY PLAN**<br><br>Amended Complaint filed: March 9, 2022<br><br>**NOTED ON MOTION CALENDAR:<br>August 30, 2024** |

The above-captioned matter came before the undersigned United States District Court Judge on the Unopposed Motion for Extension of Time to File Joint Status Report and Discovery Plan.

Based on the materials presented and being fully advised on the premises, the Court hereby **GRANTS** the Unopposed Motion for Extension of Time to File Joint Status Report and Discovery Plan.  The Joint Status Report SHALL be filed no later than September 6, 2024.

///

///

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE (3:22-CV-05164-DGE) - 1

124673156.1 0030176-00356

IT IS SO ORDERED.

DATED this 3rd day of September 2024.

_____
HONORABLE DAVID G. ESTUDILLO

Presented by:

STOEL RIVES LLP

*s/ Sara J. Wadsworth*
Sara J. Wadsworth, WSBA No. 55952
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: sara.wadsworth@stoel.com

Nathaniel P. Garrett (*pro hac vice*)
ngarrett@jonesday.com
Taylor R. Cavaliere (*pro hac vice*)
tcavaliere@jonesday.com
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE (3:22-cv-05164-DGE) - 2

124673156.1 0030176-00356