# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HOWARD MAYO, | CASE NO. 3:22-cv-05164-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Parties have informed the Court that they have settled and stipulate to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Dkt. No. 74.)  The Court confirms that the case is DISMISSED and directs the Clerk to close the case.

Dated this 27th day of November 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1

MINUTE ORDER - 2